In the Matter of the Claim of JOHN G. VAN ETTEN against the CITY OF NEW YORK under Section 42, Chapter 724 of the Laws of 1905, as Amended by Section 9, Chapter 314 of the Laws of 1906.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of MARY E. MCCRACKEN for Compensation under the Workmen's Compensation Law, Respondent, v. EASTERN GRAVEL CORPORATION, Employer, and LONDON GUARANTEE AND ACCIDENT COMPANY, Insurance Carrier, Appellants.— Award reversed, and claim dismissed, on the authority of Matter of Doey v. Howland Co. (224 N. Y. 30) and Matter of Anderson v. Johnson Lighterage Co. (Id. 539). All concurred.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of FRANK LEVINE for Compensation under the Workmen's Compensation Law, Respondent, v. LOUIS GOLD and ABRAM GOLD, Comprising the Firm of MAX I. GOLD'S SONS, Appellants.— Award reversed, and claim dismissed, on the authority of Matter of Litts v. Risley Lumber Co. (224 N. Y. 321). All concurred.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of SUSIE G. MAHATCEK, Dependent Mother, and Dependent Sisters of SAMUEL MAHATCEK, Deceased, Respondents, for the Death of SAMUEL MAHATCEK, v. ROBERT GORDON & SON, INC., Employer, and EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LTD., Insurance Carrier, Appellants.— Award, so far as it grants compensation to Julia E. Mahatcek and Mae Mahatcek, is reversed; otherwise affirmed. All concurred.

ALBERT MOFFIT, Respondent, v. PHILIP E. RICE, as Executor, etc., of LEWIS THOMSON, Deceased, Appellant.— Judgment and order unanimously affirmed, with costs.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of MARY BATES and Minor Dependents, Respondents, for Compensation under the Workmen's Compensation Law for the Death of STEPHEN BATES, v. PLATTSBURGH GAS AND ELECTRIC COMPANY, Employer, and THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants. — Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by MRS. KATHLEEN SIMONSON, for Her Two Children, Respondents, v. MONTAUK METALLIC BED COMPANY, Employer, and UNITED STATES FIDELITY AND GUARANTY COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation, Made by MARY A. PRENDERGAST, as Widow of PATRICK PRENDERGAST, Respondent, v. BERRIAN BROTHERS, Employer, and GENERAL ACCIDENT, FIRE AND LIFE ASSURANCE CORPORATION, LTD., OF PERTH, SCOTLAND, Insurance Carrier, Appellants.— Award unanimously affirmed.